# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>  *Defendant*. | Case No. 5:25-cv-548-CAR |

**BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION TO INTERVENE AS DEFENDANTS**

Come now BLACK VOTERS MATTER FUND, COMMUNICATION WORKERS OF AMERICA LOCAL 3204, and COMMUNICATION WORKERS OF AMERICA LOCAL 3204 RETIRED MEMBERS COUNCIL, by and through their undersigned counsel of record, and file this Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedure 24(a) and (b).

The basis for the motion is more fully set forth in the accompanying declarations and memorandum of points and authorities filed in support. Proposed Intervenors have attached a Proposed Answer as Exhibit 1.

Proposed Intervenors asked counsel of record for Plaintiff for their position concerning this Motion. Plaintiffs' counsel takes no position on the Motion.

| | |
|---|---|
| Dated: December 19, 2025 | */s/ Adam M. Sparks* |

Adam M. Sparks
Ga. Bar No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
Tel: (202) 968-4652

*Counsel for Black Voters Matter Fund,
CWA Local 3204, and
CWA Local 3204 Retired Members Council*

*Pro Hac Vice applications forthcoming