IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  *Plaintiff*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>  *Defendant*. | Case No. 5:25-cv-548-CAR |

**PROPOSED INTERVENORS' CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel of record for Proposed Intervenors Black Voters Matter Fund, Communication Workers of America Local 3204, and Communication Workers of America Local 3204 Retired Members Council certifies that the Proposed Intervenors do not have any parent and subsidiary corporations and no publicly held company owns 10% or more of any Proposed Intervenor's stock.

Dated: December 19, 2025

*/s/ Adam M. Sparks*
Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

Uzoma N. Nkwonta*
Branden D. Lewiston*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**

1

2

250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
Tel: (202) 968-4652

*Counsel for Black Voters Matter Fund,
CWA Local 3204, and
CWA Local 3204 Retired Members Council*

*Pro Hac Vice applications forthcoming