HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov
Email: Christopher.Gardner@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | CASE NO: 5:25-CV-548<br><br>**NOTICE OF NO POSITION ON BLACK VOTERS MATTER FUND, COMMUNICATION WORKERS OF AMERICA LOCAL 3204, AND COMMUNICATION WORKERS OF AMERICA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION TO INTERVENE** |

# NOTICE OF NO POSITION ON BLACK VOTERS MATTER FUND, COMMUNICATION WORKERS OF AMERICA LOCAL 3204, AND COMMUNICATION WORKERS OF AMERICA LOCAL 3204 RETIRED MEMBERS COUNCIL'S MOTION TO INTERVENE

On December 19, 2025, Black Voters Matter Fund, Communication Workers of America Local 3204, and Communication Workers of America Local 3204 Retired Members Council filed their Motion to Intervene, Doc. 3.

The United States notifies the Court that it takes no position on the Proposed Intervenors' Motion to Intervene.

DATED: December 19, 2025,       Respectfully submitted,

                                              HARMEET K. DHILLON
                                              Assistant Attorney General
                                              Civil Rights Division

                                              */s/ Christopher J. Gardner*
                                              BRITTANY E. BENNETT
                                              GA Bar No. 717377
                                              CHRISTOPHER J. GARDNER
                                              GA Bar No. 163932
                                              Trial Attorney, Voting Section
                                              Civil Rights Division
                                              U.S. Department of Justice
                                              4 Constitution Square
                                              150 M Street NE, Room 8.141
                                              Washington, D.C. 20002
                                              Telephone: (202) 704-5430
                                              Email: Brittany.Bennett@usdoj.gov
                                              Email: Christopher.Gardner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Christopher J. Gardner*
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Christopher.Gardner@usdoj.gov