# Exhibit 3

**DECLARATION OF ROSARIO PALACIOS**

Pursuant to 28 U.S.C. § 1746, I, Maria del Rosario Palacios, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I live in Georgia, and I am an eligible registered voter. Voting is the most fundamental form of democratic participation, and I am proud to be a Georgia voter.

3. I am the Georgia Executive Director of Common Cause. I am also a member of Common Cause. I serve as the primary spokesperson for Common Cause in Georgia, working to protect voting rights, promote ethical government, and to hold power accountable. In my role as Georgia Executive Director, I work with multiple coalitions to advance pro-voter reforms and increase civic engagement, including through events such as National Voter Registration Day.

4. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia and registered to do business in Georgia. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and brings this action on behalf of itself and in a representative capacity on behalf of its members.

5. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. There are currently more than 15,000 Georgia Common Cause members.

6. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

7. In Georgia, Common Cause ensures that Georgian voices are heard in the political process. Common Cause's Georgia members live throughout the state and include registered voters whose personal information is maintained in the statewide voter

registration database held by the Georgia Secretary of State. If the Secretary discloses the unredacted voter registration file to DOJ, these members' sensitive personal information—including driver's license numbers, and portions of social security numbers—would be unlawfully released, causing an invasion of privacy, chilling participation in the electoral process, and undermining confidence in the integrity of Georgia elections.

8. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible Georgian can register and cast their ballot. Common Cause Georgia has hosted and coordinated National Voter Registration Day events and drives, funded and worked with organizations to register voters on college campuses, and have worked in statewide coalitions in the past to register citizens at naturalization ceremonies.

9. In addition to our voter registration work, Common Cause Georgia has sought policy changes to ease the registration process and protect voter information. We successfully advocated for HB 316 (2019) in part because of provisions that reduced instances of unnecessary registration holds and created additional protections for Georgia voters who are required to cast provisional ballots. We also successfully pushed for a provision in HB 392 (2019) that required Georgia's secretary of state to take steps to shore up the security of the state's voter registration database. Exemplified by our opposition to SB 202 (2021) and SB 189 (2024), Common Cause Georgia also has an established history of fighting against legislation that expands the use of and weaponizes voter challenge processes.

10. As a nonpartisan democracy reform organization, Common Cause, our volunteers, and coalition allies regularly assist eligible Georgians in registering to vote through community education and outreach. The voters we help are now part of the state's official voter file, and we consider it our duty to safeguard the trust they place in us and in the democratic process.

11. At public engagement events, we invite Georgians not only to register but also to verify and update their voter information, particularly given past experiences with improperly purged voters in the state. As a result, many voters we assist become part of the official statewide voter file. We have a vested interest in protecting the integrity and privacy of that data. Any threat to the security of the voter file, especially one that could result in the misuse of personal information, directly undermines our work, damages public trust, and risks chilling voter participation. We also run targeted communications campaigns, including through social media and newsletters, to keep Georgians

informed about key election deadlines and updates. These efforts amplify official messages from the Office of the Secretary of State and other election officials, helping ensure voters have accurate, timely information to participate confidently in our democracy.

12. Disclosure of the entire, unredacted Georgia voter file would undermine Common Cause's work and risk harm to our members. We rely on public confidence in the security and integrity of voter data to encourage participation. If voters fear their personal information, like a partial Social Security number or driver's license number, could be misused or exposed, they may avoid registering to vote, decline to update their current voter registration record, or withdraw from civic engagement activities altogether. Such results undermine Common Cause's mission to expand access and participation, especially among historically marginalized communities. Our members include individuals who are particularly vulnerable to issues with erroneous and outdated data, such as naturalized citizens and individuals with felony convictions. Knowing that their personal data could be weaponized to question their eligibility to vote would chill engagement with the democratic process. This is especially true for voters in marginalized communities who already face systemic barriers and distrust government surveillance. Common Cause expends significant resources conducting on-the-ground voter engagement and assistance efforts seeking to register voters and engage voters in the democratic process.

13. Disclosure of the full Georgia voter file would facilitate unsubstantiated voter challenges, a concern especially for vulnerable communities. Improper and flawed mass challenge programs disproportionately target voters without stable housing or traditional addresses. Common Cause actively works to register and protect these very same disenfranchised Georgians. Mass challenges, often filed in bulk by activists, can overwhelm local election officials, divert resources from voter outreach and education, delay or obstruct legitimate registrations and ballot processing. This undermines the infrastructure that Common Cause and our partners rely upon to ensure smooth, inclusive elections. Diverting resources to address these improper activities weakens our capacity to run voter registration drives, educate voters, and mobilize communities. These sorts of challenges also work to revive historical tactics of voter suppression. Private voter challenges have roots in post-Reconstruction laws used to disenfranchise Black voters. Today, they are increasingly used to target voters of color, Indigenous Peoples, young voters, and those who are unhoused or in transient living situations; all of whom Common Cause prioritizes in our voter registration work and lobbying/advocacy supporting the inclusion of their voting rights. If voters' sensitive data is turned over to the federal government and used to promote mass

disenfranchisement, Common Cause will be forced to redirect resources to mitigating the disenfranchisement of existing voters and away from its core activities of registering voters and engaging new voters in the democratic process.

14. Common Cause also runs a nonpartisan Election Protection program in Georgia, which provides critical information and assistance to voters around primary and general elections. These include helping voters navigate the vote-by-mail process, encouraging voters to participate, and assisting voters when they experience problems in trying to vote. It is the largest nonpartisan voter protection effort in the state. The success of this program and our ability to effectively identify and respond to issues that hinder voters depend on voters' trust in the election system. When voters fear their personal information could be misused for partisan or punitive reasons, especially under a federal administration known for voter suppression rhetoric and tactics, they may hesitate to accept help from volunteers, avoid reporting issues at the polls, and disengage from the voting process altogether.

15. If Georgia discloses the unredacted voter file, this will work to normalize federal overreach into state-run elections, weakening local control and opening the door to future demands for even more intrusive data. It poses a grave threat to voter privacy and public confidence. This threatens the decentralized structure of U.S. elections, which Common Cause defends as a safeguard against authoritarianism.

16. I also have concerns about disclosure of the unredacted voter file as a naturalized U.S. citizen.

17. I was born in Mexico, and I became a naturalized citizen in 2017. After becoming a citizen, I registered to vote and I have consistently exercised my right to vote since then, in addition to my professional elections work.

18. When I learned that the Department of Justice requested voter records from Georgia, including sensitive data, I became concerned about how they might use these lists. I believe that naturalized citizens like me may be more vulnerable than other groups of voters to false allegations about illegal voting.

19. I care about the privacy of my personal data and about the integrity of the electoral system. I believe that we should make the electoral process more welcoming to every eligible voter and make sure that voters are not intimidated from exercising their rights. I also believe that eligible voters should not be removed from registration lists.

20. I feel strongly that the United States is built on the contributions of immigrants. Naturalized citizens are people who have chosen to live here and people for whom the right to cast a ballot here is particularly important. They typically have more faith in the

American system than many American-born citizens, and they deserve to exercise their right to participate in civic life through voting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22 day of December, 2025, in Suwanee, Georgia.

*Maria del Palacios*

Maria del Rosario Palacios