HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

BRITTANY E. BENNETT
CHRISTOPHER J. GARDNER
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4CON – Room 8.141
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Brittany.Bennett@usdoj.gov
Email: Christopher.Gardner@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | CASE NO: 5:25-CV-548<br><br>**NOTICE OF NO POSITION ON COMMON CAUSE AND ROSARIO PALACIOS'S MOTION TO INTERVENE** |

## NOTICE OF NO POSITION ON COMMON CAUSE AND ROSARIO PALACIOS'S MOTION TO INTERVENE

On December 23, 2025, Common Cause and Rosario Palacio filed their

Motion to Intervene, Doc. 10.

The United States notifies the Court that it takes no position on the Proposed

Intervenors' Motion to Intervene.

DATED: December 31, 2025,          Respectfully submitted,

                                   HARMEET K. DHILLON
                                   Assistant Attorney General
                                   Civil Rights Division


                                   */s/ Christopher J. Gardner*
                                   BRITTANY E. BENNETT
                                   GA Bar No. 717377
                                   CHRISTOPHER J. GARDNER
                                   GA Bar No. 163932
                                   Trial Attorney, Voting Section
                                   Civil Rights Division
                                   U.S. Department of Justice
                                   4 Constitution Square
                                   150 M Street NE, Room 8.141
                                   Washington, D.C. 20002
                                   Telephone: (202) 704-5430
                                   Email: Brittany.Bennett@usdoj.gov
                                   Email: Christopher.Gardner@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Christopher J. Gardner*
CHRISTOPHER J. GARDNER
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Christopher.Gardner@usdoj.gov