IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. | Case No. 5:25-cv-548 (CAR) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenors Common Cause and Rosario Palacios ("Proposed Common Cause Intervenors") respectfully submit this notice of supplemental authority regarding a number of recent decisions in which intervenor groups including Common Cause, other civic organizations, and individual voters were granted intervention in materially identical cases. In those cases, as here, the federal government seeks voter information from state officials, citing Title III of the Civil Rights Act of 1960.

Yesterday, three federal courts granted intervention to non-partisan organizations and voters—including in two of the cases to Common Cause and its members—who sought to intervene in similar lawsuits brought by the United States Department of Justice against Minnesota, Rhode Island, and Massachusetts officials regarding voter registration data. *See* Order, *United States v. Simon*, No. 25-cv-3761 (D. Minn. Jan. 6, 2026), Dkt. No. 90 (granting permissive intervention to Common Cause, League of Women Voters Minnesota and two voters) (attached as Exhibit 1); Minute Order, *United States v. Amore*, No. 1:25-cv-00639-MSM-PAS (D.R.I. Jan. 6,

2026) (granting intervention as of right to Common Cause and three voters) (attached as Exhibit 2); *United States v. Galvin*, No. 25-cv-13816 (D. Mass. Jan. 6, 2026), ECF No. 30 (granting intervention to Massachusetts Alliance for Retired Americans, the New England State Area Conference of the NAACP, and a voter) (attached as Exhibit 3). These decisions are in accordance with *United States v. Oliver*, No. 25-cv-01193 (D.N.M. Dec. 19, 2025), Dkt. 25, granting Common Cause intervention in an analogous suit challenging New Mexico's refusal to turn over sensitive voter information, which was previously presented to the Court. *See* Proposed Common Cause Intervenors' Motion to Intervene at 11, Dkt. 10.

In light of this authority, the Proposed Common Cause Intervenors respectfully request that their uncontested motion for intervention be granted in this case too.

Dated: January 7, 2026

Respectfully submitted,

By: *William Hughes*
William Hughes*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
whughes@aclu.org
Counsel for Proposed Common Cause Intervenors

*admitted pro hac vice

## CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2026, I served this Notice of Supplemental Authority on all parties in this matter via the Court's ECF system.

                                            /s/William Hughes
                                            William Hughes

                                            *Counsel for the Proposed Common Cause Intervenors*