# Exhibit 2

# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:25–cv–00639–MSM–PAS

United States of America v. Amore
Assigned to: District Judge Mary S. McElroy
Referred to: Magistrate Judge Patricia A. Sullivan
Cause: Civil Miscellaneous Case

Date Filed: 12/02/2025
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**United States of America**

represented by **James Thomas Tucker**
DOJ–Crt
U.S. Department of Justice
950 Pennsylvania Avenue NW
4con 8th Floor
Washington, DC 20530
202–307–2767
Email: james.t.tucker@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gregg Amore**
*in his official capacity as Secretary of State of Rhode Island*

represented by **James J. Arguin**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: jarguin@riag.ri.gov
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Common Cause**

represented by **Ari J. Savitzky**
American Civil Liberties Union
Foundation
125 Broad Street
New York, NY 10004
401–529–3982
Email: ASavitzky@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
Lynette Labinger, Attorney at Law
128 Dorrance Street, Box 710
Providence, RI 02903
401–465–9565
Email: LL@labingerlaw.com
*ATTORNEY TO BE NOTICED*

**Patricia Jia Yan**
American Civil Liberties Union
Foundation
915 15th Street NW
Washington, DC 20005
281–961–1468
Email: PYan@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
Ste 18th Floor
New York, NY 10004
212–519–7836
Email: SLakin@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212–549–2500
Email: TLee@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Hughes**
American Civil Liberties Union Foundation
125 Broad St., Fl. 8
New York, NY 10002
(212) 549–2100
Email: WHughes@aclu.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Catherine Saunders**          represented by **Ari J. Savitzky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynette J. Labinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia Jia Yan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William Hughes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Stuart Waldman**                          represented by  **Ari J. Savitzky**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lynette J. Labinger**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia Jia Yan**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sophia Lin Lakin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Theresa J. Lee**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Hughes**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Julia Sanches**                           represented by  **Ari J. Savitzky**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Lynette J. Labinger**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia Jia Yan**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Sophia Lin Lakin**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Theresa J. Lee**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **William Hughes**
                                                            (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**SEIU District 1199NE**                     represented by  **Amy Retsinas Romero**
                                                            DeLuca, Weizenbaum, Barry & Revens,

Ltd.
199 North Main Street
Providence, RI 02903
401–453–1500
Fax: 401–453–1501
Email: amy@dwbrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Fox**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202–968–4546
Fax: 202–312–5904
Email: dfox@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa A. O'Gara**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202–987–5096
Fax: 202–312–5904
Email: mogara@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Qizhou Ge**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202–987–5681
Fax: 202–312–5904
Email: age@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Golan–Vilella**
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202–998–8660
Fax: 202–312–5904
Email: rgolanvilella@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walker McKusick**
Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
202–968–4659
Fax: 202–312–5904
Email: wmckusick@elias.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Rhode Island Alliance for Retired Americans**     represented by **Amy Retsinas Romero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Fox**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa A. O'Gara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Qizhou Ge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Golan–Vilella**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walker McKusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Carolyn Betensky**                    represented by   **Amy Retsinas Romero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Fox**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa A. O'Gara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Qizhou Ge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Golan–Vilella**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walker McKusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Michael Zack Mezera**                    represented by   **Amy Retsinas Romero**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David R. Fox**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marisa A. O'Gara**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Qizhou Ge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Golan–Vilella**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Walker McKusick**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2026 | | TEXT ORDER. The unopposed Motion to Intervene of Common Cause, Catherine Saunders, Stuart Waldman, and Julia Sanches (ECF No. 5 ) and the unopposed Motion to Intervene of SEIU District 1199 NE, Rhode Island Alliance for Retired Americans, Carolyn Betensky, and Michael Zack Mezera (ECF No. 15 ) are GRANTED and those parties may intervene as of right pursuant to Fed. R. Civ. P. 24(a). So Ordered by District Judge Mary S. McElroy on 1/6/2026. (Potter, Carrie) (Entered: 01/06/2026) |
| 01/06/2026 | | TEXT ORDER entering 23 Joint STIPULATION. <br><br>1. The Secretary shall file his motion to dismiss the Complaint and response to the Motion to Compel on or before January 13, 2026; <br><br>2. The United Statess response to the Secretary's motion to dismiss shall be filed within the time permitted by Local Rule 7(a)(3); <br><br>3. The United Statess reply to the Secretary's response to the Motion to Compel shall be filed within time permitted by Local Rule 7(a)(4)' <br><br>4. The Secretary's reply to the United Statess response to his motion to dismiss shall be filed within time permitted by Local Rule 7(a)(4). So Ordered by District Judge Mary S. McElroy on 1/6/2026. (Potter, Carrie) (Entered: 01/06/2026) |