IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>    *Defendant*. | Case No. 5:25-cv-548-CAR |

**BLACK VOTERS MATTER FUND, CWA LOCAL 3204, AND CWA LOCAL 3204 RETIRED MEMBERS COUNCIL'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenors Black Voters Matter Fund ("BVMF"), CWA Local 3204 ("Local 3204"), and CWA Local 3204 Retired Members Council ("CWA RMC") respectfully provide further notice of supplemental authorities supporting their pending motion to intervene. *See* ECF No. 3.

In addition to the orders from federal courts in Massachusetts, Minnesota, and Rhode Island, which are attached to the Notice of Supplemental Authority filed by Proposed Intervenors Common Cause and Rosario Palacios, ECF No. 24, a federal court in New Hampshire permitted four individual voters to intervene as defendants. *See* Order, *United States v. Scanlan*, No. 25-cv-371-AJ (D.N.H. Jan. 5, 2026), ECF No. 23. The court recognized the individuals' "personal information would be distributed to the Department of Justice were the United States to prevail in this action," concluding "their presence in this suit will assist the court in the just and equitable adjudication of the matter." *Id.* at 5–6. The *Scanlan* Order is attached as Exhibit 1.

1

Another federal court in Hawaii permitted the NAACP California-Hawaii State Conference ("NAACP CA-HI") to intervene as a defendant. *See* Minute Order, *United States v. Nago*, No. 25-cv-00522-LEK-RT (D. Haw. Jan. 5. 2026), ECF No. 20. The court determined that NAACP CA-HI had a "claim or defense that shares with the main action a common question of law or fact," and that allowing the organization to intervene would not "unduly delay or prejudice the adjudication of the original parties' rights." *Id.* (quoting Fed. R. Civ. P. 24(b)(1)(B), (3)). The *Nago* Order is attached as Exhibit 2.

Furthermore, in each of the three cases identified by Proposed Intervenors Common Cause and Rosario Palacios in their Notice, the court granted intervention to the state's chapter of the Alliance for Retired Americans—an organization, like CWA RMC, that seeks to protect the rights of public and private sector union retirees and to engage its members in the political process. *See* Text Order, *United States v. Amore*, No. 25-cv-0639-MSM-PAS (D.R.I. Jan. 6, 2026) (granting intervention to the Rhode Island Alliance for Retired Americans); Electronic Order, *United States v. Galvin*, No. 25-cv-13816-LTS (D. Mass. Jan. 6. 2026), ECF No. 30 (granting intervention to the Massachusetts Alliance for Retired Americans); Order, *United States v. Simon*, No. 0:25-cv-03761-KMM-EMB (D. Minn. Jan. 6, 2026), ECF No. 90 (granting intervention to the Minnesota Alliance for Retired Americans); Memorandum in Support of Motion to Intervene at 10–11, ECF No. 3-1.

Dated: January 8, 2026            /s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta
Branden D. Lewiston*
Marcos Mocine-McQueen**
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue NW, Suite 400
Washington, D.C. 20001
unkwonta@elias.law
blewiston@elias.law
mmcqueen@elias.law
Tel: (202) 968-4652

Adam M. Sparks
Ga. Bar. No. 341578
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Tel: (404) 888-9700
Fax: (404) 888-9577
Email: sparks@khlawfirm.com

*Counsel for Black Voters Matter Fund,*
*CWA Local 3204, and*
*CWA Local 3204 Retired Members Council*

*Admitted *pro hac vice*
**Application for admission *pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I served this Notice of Supplemental Authority on all parties in this matter via the Court's ECF System.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

*Counsel for Black Voters Matter Fund,*
*CWA Local 3204, and*
*CWA Local 3204 Retired Members Council*