# Exhibit 2

# MINUTE ORDER

CASE NUMBER:     1:25-cv-00522-LEK-RT

CASE NAME:       United States of America v. Nago

JUDGE:   Leslie E. Kobayashi            DATE:       1/5/2026

COURT ACTION:   EO: ORDER GRANTING MOTION TO INTERVENE AS DEFENDANT

On December 17, 2025, Proposed Intervenor-Defendant NAACP California-Hawaii State Conference ("NAACP CA-HI") filed a Motion to Intervene as Defendant ("Motion"). [Dkt. no. 7.] The deadline to file any opposition to the Motion was December 31, 2025. See Minute Order - EO: Order Setting Briefing Schedule, filed 12/18/25 (dkt. no. 8). The only response to the Motion was Plaintiff United States of America's ("United States") notice of no position, [filed 12/29/25 (dkt. no. 14)].

Because the Motion is unopposed and for the reasons stated in the Motion, this Court exercises its discretion and GRANTS the Motion pursuant to Federal Rule of Civil Procedure 24(b). NAACP CA-HI has established that it "has a claim or defense that shares with the main action a common question of law or fact," and this Court finds that allowing the NAACP CA-HI to intervene will not "unduly delay or prejudice the adjudication of the original parties' rights." See Fed. R. Civ. P. 24(b)(1)(B), (3). Because Rule 24(b) is a sufficient basis to permit the NAACP CA HI to intervene, this Court makes to findings or conclusions regarding NAACP CA-HI's request to intervene pursuant to Rule 24(a)(2).

NAACP CA-HI shall file its answer to the United States's Complaint, in the form attached to the Motion, by **January 12, 2026.**

IT IS SO ORDERED.

Submitted by: Carla Cortez, Courtroom Manager