**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 5:25-CV-00548 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia | Summons, Complaint, and Motion |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brad Raffensperger, Georgia Secretary of State, Office of the Secretary of State
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
237 Coliseum Drive Macon, Macon, GA 31217-3858

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Christopher J. Gardner
150 M Street, NE, RM 8.923
Washington, D.C. 20002

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve to the Macon location of the Office of the Georgia Secretary of State.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (202) 812-2631
DATE: 1/5/26

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.:
District to Serve No.: 20

Signature of Authorized USMS Deputy or Clerk: 
Date:

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):
Date:
Time: [ ] am [ ] pm

Address (complete only different than shown above):
Signature of U S Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS
01/05/2026 - Assigned to DUSM Gallagher for personal service.
01/06/2026 - Forwarded to N/GA for personal service.

Form USM-285
Rev 03/21