IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,<br><br>    *Defendant*, | Case No. 5:25-cv-548-CAR |

**PROPOSED INTERVENOR-DEFENDANTS THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE GEORGIA STATE CONFERENCE, GEORGIA COALITION FOR THE PEOPLE'S AGENDA, AND QUINETTE WESTBROOKS MOTION TO INTERVENE**

COMES NOW THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE GEORGIA STATE CONFERENCE; GEORGIA COALITION FOR THE PEOPLE'S AGENDA; and QUINETTE WESTBROOKS ("Proposed Intervenors"), by and through their undersigned counsel of record, and file this Motion to Intervene in the above-referenced matter pursuant to Federal Rules of Civil Procedure 24(a) and (b).

The basis for this motion is fully set forth in Proposed Intervenor-Defendants' accompanying declarations[1] and memorandum in support. As required by Federal Rule of Civil

---

[1] Original signatures on file.

Procedure 24(c), Proposed Intervenor-Defendants accompany their Motion to Intervene with a proposed Motion to Dismiss.

Proposed Intervenors asked counsel of record for Plaintiff and Defendant for their position concerning this Motion. Plaintiffs' counsel takes no position on the Motion to Intervene. Defense counsel takes no position on the Motion to Intervene.

Dated: January 9, 2026                                     Respectfully submitted,

/s/ Gerald Weber
Gerald Weber, GA Bar No: 744878
LAW OFFICES OF GERALD R. WEBER, LLC
P.O. Box 5391
Atlanta, GA 31107
Tel: 404-522-0507
wgerryweber@gmail.com

Leah Frazier*
Robert N. Weiner*
Gillian Cassell-Stiga*
Julie M. Houk*
Grace Thomas*
Samantha Heyward*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
jhouk@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@ lawyerscommittee.org

*Pro hac vice* application forthcoming

*Attorneys for Proposed Intervenor*