IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia,

    *Defendant*,

Case No. 5:25-cv-548-CAR

**PROPOSED INTERVENORS' CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel of record for the National Association for the Advancement of Colored People, the National Association for the Advancement of Colored People Geogia State Conference, and Georgia Coalition for the People's Agenda certifies that the Proposed Intervenors do not have any parent and subsidiary corporations and no publicly held company owns 10% or more of any Proposed Intervenor's stock.

Dated: January 9, 2026

Respectfully submitted,

By:   /s/ Gerald Weber

Gerald Weber, GA Bar No: 744878
LAW OFFICES OF GERALD R. WEBER, LLC
P.O. Box 5391
Atlanta, GA 31107
Tel: 404-522-0507
wgerryweber@gmail.com

Leah Frazier*
Robert N. Weiner*
Gillian Cassell-Stiga*

Julie M. Houk*
Grace Thomas*
Samantha Heyward*
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W., Suite 900
Washington, D.C. 20005
Tel: 202-662-8600
lfrazier@lawyerscommittee.org
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org
jhouk@lawyerscommittee.org
gthomas@lawyerscommittee.org
sheyward@ lawyerscommittee.org

*Pro hac vice application forthcoming

Attorneys for Proposed Intervenor