# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendant. | Case No. 5:25-cv-548 (CAR) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 87.1, Proposed Intervenor Common Cause certifies that it has no parent company and that no individual or publicly-held company has a 10% or greater ownership interest in Common Cause's stock.

Dated: January 12, 2026                                    Respectfully submitted,

By: *William Hughes*
William Hughes*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
whughes@aclu.org
Counsel for Proposed Intervenor Common Cause

*admitted pro hac vice

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2026, I served this Corporate Disclosure Stratement on all parties in this matter via the Court's ECF system.

/s/William Hughes
William Hughes

*Counsel for Proposed Intervenor Common Cause*