IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>        v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State for the State of Georgia,<br><br>    *Defendant*. | Civil Action No. 5:25-cv-00548-CAR |

## DEFENDANT RAFFENSPERGER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Secretary of State Brad Raffensperger moves to dismiss Plaintiff's Complaint, Doc. 1, in its entirety pursuant to Fed. R. Civ. P. 12(b)(1), (3), (5) and (6). In support of this motion, the Secretary relies on his Brief in Support of Motion to Dismiss Plaintiffs' Complaint and the attached exhibits, which are filed with this motion.

Respectfully submitted this 21st day of January, 2026.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane F. LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE

Suite 700
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendant Secretary of State Brad Raffensperger*

Case 5:25-cv-00548-CAR   Document 46   Filed 01/21/26   Page 2 of 2

2