IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-548 (CAR) |
| | * |
| BRAD RAFFENSPERGER, | |
| | * |
| Defendant. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated January 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk