U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "*Instructions for Service of Process by U.S. Marshal*"

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 5:25-CV-00548 |
|---|---|
| DEFENDANT BRAD RAFFENSPERGER, in his Official Capacity as Secretary of State for the State of Georgia | TYPE OF PROCESS Summons, Complaint, and Motion |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Charlene McGowan

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
206 Washington Street, State Capitol, Suite 214, Atlanta GA 30334

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Christopher J. Gardner 150 M Street, NE, RM 8.923 Washington, D.C. 20002 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Serve to Designee,  Charlene McGowan's office

| Signature of Attorney other Originator requesting service on behalf of    [x] PLAINTIFF    [ ] DEFENDANT | TELEPHONE NUMBER | DATE 12/23/2025 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 9 | District to Serve No. 9 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date 1.9.26 | Time 1030 | [x] am [ ] pm |
|---|---|---|---|
| Address (*complete only different than shown above*) | Signature of U S Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21